UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
V. ) CRIMINAL NO. MJ04-m-202 JLA
)
TRAVIS W. CORK )

## AFFIDAVIT IN SUPPORT OF RULE 40 PROCEEDING

I, Forrest Schoening, Special Agent of the Federal Bureau of Investigation, do hereby make oath before the Honorable Joyce London Alexander, United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently a warrant of arrest outstanding for one TRAVIS W. CORK in the Northern District of Georgia, on a criminal complaint charging TRAVIS W. CORK with transmitting in interstate commerce, communications containing threats to injure the property or the reputation of the party to whom the communication was directed, with intent to extort any money or other thing of value, in violation of 18 U.S.C. § 875(d). I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above. A copy of said warrant is attached.

FORREST SCHOENING
SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION

Subscribed and sworn to before me this 6th day of May, 2005.

JOYCE LONDON ALEXANDER
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

vs

TRAVIS CORK

**WARRANT FOR ARREST**
AGENT TO ARREST

Case No.: 1:04-M-602

To:  The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest **TRAVIS CORK**

and bring him or her forthwith to the nearest magistrate to answer a COMPLAINT

charging him or her with (brief description of offense):

EXTORTION

in violation of Title 18, United States Code, Section(s) 875(d)

ALAN J. BAVERMAN
Name of Issuing Officer

Signature of Issuing Officer

Bail Fixed at $ None

United States Magistrate Judge
Title of Issuing Officer

April 30, 2004         at Atlanta, GA
Date and Location

by _____
Name of Judicial Officer

[Stamp: RECEIVED 04 APR 30 PM 4:26 U.S. MARSHAL'S SERVICE NORTHERN GEORGIA]

---

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

_____

Date Received: _____

Date of Arrest: _____

Name and Title of Arresting Officer

Signature of Arresting Officer

MAY-04-2004 11:23 FBI BOSTON P.03/08
Case 1:04-mj-00202-JLA Document 4 Filed 05/06/2004 Page 3 of 5
U.S.D.C. Atlanta
APR 3 0 2004
LUTHER D. THOMAS, Clerk
By: Cynthia Harris
Deputy Clerk

NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

CRIMINAL COMPLAINT

TRAVIS CORK

CASE NUMBER: 1:04-M-602

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about March 4, 2004 in the Northern District of Georgia and elsewhere defendant(s) did, Track Statutory Language of Offense)

with intent to extort from any person firm, association or corporation, any money or other thing of value, transmit in interstate commerce communications containing threats to injure the property or reputation of the party to whom the communication was directed

in violation of Title 18 United States Code, Section(s) 875(d).

I further state that I am a(n) Special Agent of the Federal Bureau of Investigation and that this complaint is based on the following facts:

PLEASE SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof. (X) Yes ( ) No

Signature of Complainant
CYNTHIA K MYERS

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendant has committed it. Sworn to before me, and subscribed in my presence

April 30, 2004    at    ATLANTA, GEORGIA
Date                      City and State

ALAN J. BAVERMAN
United States Magistrate Judge
Name and Title of Judicial Officer     Signature of Judicial Officer
AUSA HOWARD

# AFFIDAVIT

I, Cynthia J. Myers, being duly sworn, depose and state the following:

1. I am a Special Agent of the Federal Bureau of Investigation (FBI) and have been so employed for approximately six years. I am currently assigned to the Atlanta, Georgia office and work on the Violent Crimes/Major Offenders Squad which has the responsibility for investigating bank robberies.

2. The following is based on information and belief, the source of that information and basis for that belief being information obtained from investigation conducted personally and from that conducted by other law enforcement agents.

3. On or around December 11, 2003, TRAVIS CORK telephoned the PATTILLO Construction company at phone number (404)378-8844 and left a message on the answering machine that stated, "I'm not an extortionist. If I was an extortionist, I would always be hitting for money. I'm asking for basically welfare".

4. On December 12, 2004, TRAVIS CORK called the PATTILLO Construction company and was put on hold by KAY BALL, the receptionist. CAROLYN WAGNON, Treasurer of PATTILLO Construction, advised that CORK said, "I'm going to come down there and kill ANN PATTILLO."

5. On or around December 13, 2003, TRAVIS CORK telephoned the PATTILLO Construction company at phone number (404)378-8844 and left a message on the answering machine that stated, "All I'm asking for is a decent retirement", "I'm gonna drag you through shit. I said I'm gonna drag everybody, I'm dragged through shit, I'm gonna drag everybody through shit. My life ends, everybody's life ends". "Be warned, the rest of your life is ruined". TRAVIS CORK also provided his name and address in the messages that he left on the PATTILLO answering machine.

6. Bell South phone records for the phone number, (404)378-8844, subscribed to by PATTILLO Construction Company, 250 Ponce De Leon, Decatur, Georgia, reveal that telephone number (617)248-6862, subscribed to by TRAVIS CORK, 2 Primus Avenue, Boston, Massachusetts, called the PATTILLO Construction company 5 times on December 13, 2003.

7. On December 23, 2003, TRAVIS CORK was interviewed at his residence in Boston, Massachusetts, by FBI Agents. CORK advised that he made the phone calls to PATTILLO Construction company

because he is the victim of emotional and physical abuse from DAN PATTILLO SR. CORK was instructed that making interstate threatening phone calls was a Federal crime. CORK advised that he understood that he was in violation of the law and would make no further extortionate calls to any member of the PATTILLO family.

8. On March 4, 2004, DAN PATTILLO JR. was interviewed and provided the following information: PATTILLO advised that on May 16, 2003, TRAVIS CORK telephoned the PATTILLO residence at (404)237-8301 and threatened on the answering machine that he will ruin the PATTILLO name unless he gets some money. PATTILLO provided the audiotape from his answering machine that included the following phone calls: On February 28, 2004, CORK telephoned the PATTILLO residence and threatened that he was going to ruin the PATTILLO name and take everything from them. CORK also said, "are you afraid, I think you are afraid, I think you better know that I'm going to ruin the rest of your fricking, miserable, empty life". BellSouth phone records show that the phone calls originated from telephone number (617)248-6862, subscribed to by CORK. BellSouth telephone records also reveal that on March 4, 2004, CORK made 74 phone calls to the PATTILLO residence. CORK left a message again threatening to ruin the PATTILLO name unless a fair and equitable settlement is reached.

9. On April 28, 2004, LEAH CORK HOPKINS, sister of TRAVIS CORK, was interviewed. HOPKINS advised that on 04/27/04, CORK telephoned her at her residence in Ocean Springs, Mississippi, and left a message on her phone answering machine. HOPKINS advised that CORK said, "If I ever get back to the South, I will destroy you". CORK then said, "you're all gonna be gone". HOPKINS advised that her brother is a very dangerous person and that she is afraid for her family's safety.

10. BellSouth phone records reveal that December 11th - 15, 2003, CORK telephoned PATTILLO construction approximately 78 occasions. On January 27, 2004 CORK telephoned PATTILLO Construction approximately 23 times. On March 4, 2004 CORK telephoned DAN PATTILO's residence on approximately 75 occasions. Records show numerous other calls from CORK to these telephone numbers. DAN PATTILLO, JR. has informed your affiant that his wife and teenage son have been receiving some of CORK's calls and been exposed to numerous messages from CORK.

11. Based upon the foregoing, I submit there is probable cause to believe that TRAVIS CORK has committed violations of Title 18, United States Code, Section 875(d).