# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES  ☒ MAGISTRATE  ☒ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF: UNITED STATES V.S. Cook

FOR: 
AT:

LOCATION NUMBER:

PERSON REPRESENTED (Show your full name): Travis Cook

1 ☒ Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

DOCKET NUMBERS
Magistrate: M04-M-202-JLA
District Court:
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →)  X Felony  ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now employed? ☐ Yes  ☒ No  ☐ Am Self-Employed
Name and address of employer: ___
IF YES, how much do you earn per month? $___
IF NO, give month and year of last employment. How much did you earn per month? $___
If married is your Spouse employed? ☐ Yes ☐ No
IF YES, how much does your Spouse earn per month? $___
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $___

**ASSETS**

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED: $152,000 / $20,000
SOURCES: sale of house / from Gparents

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☒ Yes ☐ No  IF YES, state total amount $80

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE: $83,000 - My cal Roth IRA
        $9,500
DESCRIPTION: Mini Cooper automobile

**DEPENDENTS**
MARITAL STATUS: ☒ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
Total No. of Dependents:
List persons you actually support and your relationship to them:

**OBLIGATIONS & DEBTS**

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| | car loan | $9,500 | |
| | Bank of America credit line | $50,000 | |
| | credit cards | $50,000 | |
| | medical bills | $3,600 | |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 5/19/04

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)