UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. MJ04-M-202 |
| ) | |
| TRAVIS W. CORK ) | |

ORDER OF REMOVAL

The above-named defendant was arrested in the District of Massachusetts on May 5, 2004 in Boston, Massachusetts, by the Federal Bureau of Investigation on an arrest warrant issued on April 30, 2004 by the United States District Court for the Northern District of Georgia.

At an initial appearance held before me on May 6, 2004, the defendant was detained pending the removal hearing and preliminary examination. On May 18, 2004, the defendant appeared before me and agreed that he is the person named in the criminal complaint and waived his right to an identity and removal hearing, and reserved his right to have a preliminary examination in the District where the charges arose. The defendant then consented to an order removing him to the Northern District of Georgia.

IT IS THEREFORE ORDERED the defendant be, and hereby is, REMOVED to the Northern District of Georgia and, further, that the defendant appear before the United States District Court of the Norther District of Georgia at Atlanta, Georgia, when ordered to do so by that Court.

The Clerk is directed to send the original papers in this matter to the Clerk, United States District Court, Northern District of Georgia.

/s/ Joyce London Alexander
JOYCE LONDON ALEXANDER
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF MASSACHUSETTS

Dated: 5/26/04