**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

UNITED STATES OF AMERICA

      V.                          CRIM. CASE NO:    MJ04-M-202 JLA

TRAVIS W. CORK
        Defendant

**ORDER ON**
**APPOINTMENT OF FEDERAL DEFENDER**

ALEXANDER, U.S.M.J.

On May 6, 2004, the defendant in the above-entitled action appeared before this Court for the first time on a Rule 5 (formerly Rule 40) Affidavit charging him with 18 U.S.C. § 875(d), threats to injure property or reputation. The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel, it is hereby ORDERED that attorney MARTIN RICHEY of the Federal Defender Office for the District of Massachusetts be appointed, effective as of May 6, 2004, to represent said defendant in this cause until further order of the Court.

      SO ORDERED.

                                                      JOYCE LONDON ALEXANDER
                                                      UNITED STATES MAGISTRATE JUDGE

                                                        BY THE COURT:

                                                       /S/ Rex Brown
                                                       Rex Brown

May 19, 2004                                        Courtroom Clerk
Date